**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 288 MAL 2014
:
                Respondent    :
: Petition for Allowance of Appeal from the
: Order of the Superior Court
          v.             :
:
:
:
THOMAS ALONZO RICHARDSON,  :
:
                Petitioner    :

## ORDER

**PER CURIAM**

    **AND NOW**, this 20th day of August, 2014, the Petition for Allowance of Appeal is **DENIED**.